UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| SHANTELL S. NOBLE,<br><br>            Plaintiff,<br>  v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>            Defendant. | No. 2:13-cv-113-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED:  May 12, 2014

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk